NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JS PRODUCTS, INC.,**
*Plaintiff-Appellee*

**v.**

**KABO TOOL COMPANY, CHIH-CHING HSIEH,**
*Defendants-Appellants*

---

2015-1046

---

Appeal from the United States District Court for the District of Nevada in No. 2:11-cv-01856-RCJ-GWF, Judge Robert Clive Jones.

---

**JUDGMENT**

---

JOHN B. SGANGA, JR., Knobbe, Martens, Olson & Bear, LLP, Irvine, CA, argued for plaintiff-appellee. Also represented by JOSHUA STOWELL; R. SCOTT WEIDE, RYAN GILE, Weide & Miller, Las Vegas, NV.

HAROLD H. DAVIS, JR., K&L Gates LLP, San Francisco, CA, argued for defendants-appellants. Also represented by JASON NATHANIEL HAYCOCK.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, REYNA, and CHEN, *Circuit Judges*).
**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

|  |  |
|---|---|
| May 11, 2015 | /s/  Daniel  E.  O'Toole |
| Date | Daniel E. O'Toole |
|  | Clerk of Court |